AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
| v. | ) |
| Douglas D. Jackson | ) Case No. 3:14MJ74 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  6/8/2014 - 6/13/2014  in the county of  St. Joseph  in the
Northern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| See Attached | |

FILED
DEC 17 2014

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Thomas Weber, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/17/2014

_____
*Judge's signature*

Christopher A. Nuechterlein, U.S. Magistrate Judge
*Printed name and title*

City and state:  South Bend, Indiana

## **COUNT 1:**

On or about June 13, 2014, in the Northern District of Indiana and elsewhere, the defendant

DOUGLAS JACKSON,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, JT, a minor, knowing, and in reckless disregard of the fact, and having a reasonable opportunity to observe JT, that JT had not yet attained the age of 18 years and that JT would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

## **COUNT 2:**

From on or about June 8, 2014, to on or about June 9, 2014, in the Northern District of Indiana and elsewhere, the defendant

DOUGLAS JACKSON,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, JT, a minor, knowing, and in reckless disregard of the fact, and having a reasonable opportunity to observe JT, that JT had not yet attained the age of 18 years and that JT would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

STATE OF INDIANA )
) SS
COUNTY OF ST JOSEPH )

# AFFIDAVIT IN SUPPORT OF
# AN ARREST WARRANT

I, Thomas Weber, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Agent for ten years. I am currently assigned to the Indianapolis Field Division of the FBI, where I investigate federal crimes, including transportation of a minor with intent to engage in criminal sexual activity.

2. The information contained in this affidavit is based upon my participation in this investigation, including conversations with other law enforcement officers and my review of documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint for Douglas Jackson. This affidavit does not contain all the information known to me about this investigation.

**Relevant Statute**

3. 18 U.S.C. § 1591(a) provides, in part, that a person who, in or affecting interstate or foreign commerce, recruits, entices, harbors,

1

transports, provides, obtains, and maintain by any means, a person, knowing, and in reckless disregard of the fact, and having a reasonable opportunity to observe the person, that that the person had not yet attained the age of 18 years and that the person would be caused to engage in a commercial sex act, violates the statute.

## Investigation

4. In the early morning hours of June 14, 2014, officers from the Wyoming, Michigan Police Department were conducting a property check at a Super 8 motel located in Wyoming, Michigan. Officers were aware the motel was a frequent location for prostitution. Officers observed a female, subsequently identified as minor J.T., lying down in the driver's side seat of a vehicle. When officers approached the vehicle, J.T. and a male, Douglas Jackson, exited the vehicle. As J.T. exited the vehicle, officers noticed that J.T.'s pants were unbuttoned and her underwear was exposed. While investigating the matter, officers observed a handgun on the driver's seat of the vehicle in plain view. Jackson was eventually arrested for possession of marijuana and possession of the handgun, and charged with these offenses and human trafficking in Kent County, Michigan.

5. J.T., who was fifteen years of age, initially told officers in

Wyoming, Michigan, that both she and Jackson were from South Bend, Indiana and that she had travelled to Michigan with Jackson and her brother, just to go on a trip. It was subsequently learned, by contact with the mother, that J.T. was at the time on juvenile probation for retail fraud and lying to the police. She was subsequently released to her mother, who drove from South Bend to pick her up.

6. On June 26, 2014 J.T. was transported by Michigan officers from the St. Joseph Count Juvenile Detention Center to Kent County Michigan to testify in the preliminary examination of Douglas Jackson. During this trip, J.T. told officers that Jackson had actually driven her to the Grand Rapids, Michigan, area for purposes of prostitution on June 13, 2014. J.T. said that she and Jackson agreed that her prostitution rates would be $150 for half an hour and $200 for an hour of sexual conduct. J.T. and Jackson planned on splitting the money evenly. When they had arrived in the Grand Rapids area earlier in the evening, Jackson posted a prostitution ad for J.T. on Backpage.com. The ad listed a phone number (574-276-2349) to a phone which Jackson had provided to J.T. J.T. fairly quickly received a text from an individual responding to the ad. This individual agreed to meet with J.T. at a Super 8 motel for purposes of sex. Jackson drove J.T. to the motel and J.T. went into the room to meet the

individual by herself. Once in the room, however, J.T. felt uncomfortable with the individual, so she made an excuse to leave and never returned back to the room. She returned to Jackson, who was waiting for her in a vehicle in the motel's parking lot. While still at the motel parking lot, Jackson and J.T. smoked some marijuana and Jackson showed her the handgun which the police later seized. Eventually, J.T. unbuttoned her pants and sat on Jackson's lap. At about this time the Wyoming Police officers approached the vehicle and eventually arrested Jackson and detained J.T.

7. J.T. also said that she had originally met Jackson in April of 2014. Shortly after they met, Jackson asked J.T. if she should be willing to make money being a prostitute. J.T. agreed and Jackson drove J.T. from South Bend to Atlanta, Georgia. Jackson also transported J.T. to the following other cities over a one month period for the purposes of prostitution: Louisville, Chicago, Indianapolis and Nashville. At each location, Jackson posted advertisements on Backpage.com. J.T. admitted to having sex with numerous individuals that responded to the Backpage.com advertisements, and said that their busiest time was in Loisville, Ky. The money paid to her by these individuals was split between Jackson and J.T.

4

8. After having been transported to Kent County Michigan, J.T. testified consistent with this information in the preliminary hearing for the state charges against Douglas Jackson. The Kent County District Court found probable cause to bind over Jackson on state court charges, including a violation of the Michigan human trafficking violation, M.C.L. 750.462(g).

9. After Jackson's arrest in Michigan, Michigan state law enforcement obtained a state court search warrant for three cell phones that were recovered at the time of Jackson's arrest. From the phone recovered from Jackson at the time of his arrest, forensic examiners recovered information on the phone related to Backpage.com advertisements posted by the email address djdj574@gmail.com. This email was used on the phone which belonged to Jackson at the time of the arrest. From a second phone, which J.T. identified as the phone Jackson gave her to use for prostitution calls and texts, law enforcement obtained text messages related to prostitution arrangements in Grand Rapids. The text messages were responses to the Backpage.com ad, in which individuals asked how much J.T. charged for sex, her availability and the locations where they wanted to meet J.T.

10. Michigan local law enforcement also served a State Court

5

search warrant on Backpage.com requesting advertisements posted by the email address djdj574@gmail.com. Backpage.com responded that advertisements had been posted by djdj574@gmail.com in the following areas: Fort Wayne, Indiana (05/19/14), Chicago, Illinois (05/19/14), Memphis, Tennessee (05/25/14), Indianapolis, Indiana (05/30/14), Atlanta, Georgia (06/07/14), Louisville, Kentucky (06/09/14), South Bend, Indiana (06/11/14) and Grand Rapids, Michigan (06/13/14). All the advertisements were for escort services and several listed the cell phone number (574-276-2349) which belonging to the cell phone Jackson had provided to J.T.. An officer showed several of the advertisements posted on Backpage.com to J.T. and she identified the advertisements as the prostitution advertisements Jackson posted for her.

11. After reviewing Jackson's jail calls from the Kent County Jail, I learned Jackson had a Capital One credit card. Via a Grand Jury subpoena, I obtained Jackson's Capital One credit card statements. The statements reflected Jackson had purchased hotel rooms at the following locations: Drury Inn in Atlanta, Georgia on 06/06/14 and 06/07/14, Quality Inn in Louisville, Kentucky on 06/08/14, Motel 6 in Jeffersonville, Indiana on 06/09/14. These hotel stays corresponded with the Backpage ad posted in Atlanta on 06/07/14 and the Backpage ad posted in

6

Louisville on 06/09/14.

12. Within the last month, as part of the investigation, I have personally met with J.T. for approximately 10 minutes. She will turn 16 years old in January, 2015. Her physical appearance, maturity level and overall demeanor resemble that of a 15 year old girl.

## CONCLUSION

13. Based on the above information, I feel there is probable cause to believe that Douglas Jackson knowingly transported J.T., who had not attained the age of 18 years, in interstate or foreign commerce, knowing, and in reckless disregard of the fact, and having a reasonable opportunity to observe J.T., that J.T. had not yet attained the age of 18 years and that J.T. would be caused to engage in a commercial sex act or attempt to do so, in violation of Title 18 United States Code, Section 1591(a).

FURTHER AFFIANT SAYETH NOT.

_____
Thomas Weber
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 17th day of December 2014.

_____
Hon. Christopher A. Nuechterlein
United States Magistrate Judge